UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:20-CV-82264-RAR

HOWARD COHAN,

    Plaintiff,

vs.

"B"ING THE BEST, INC.
a Florida Profit Corporation
d/b/a MCDONALD'S

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

    The Plaintiff, HOWARD COHAN and the Defendant, "B"ING THE BEST, INC., a Florida Profit Corporation, d/b/a MCDONALD'S, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED January 14, 2021.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Justin C. Sorel** |
| Gregory S. Sconzo, Esq. | **Justin C. Sorel** |
| Florida Bar No.: 0105553 | Florida Bar No.: 0016256 |
| Sconzo Law Office, P.A. | COLE, SCOTT & KISSANE, P.A. |
| 3825 PGA Boulevard, Suite 207 | *Counsel for Defendant* |
| Palm Beach Gardens, FL 33410 | Esperante Building |
| Telephone: (561) 729-0940 | 222 Lakeview Avenue, Suite 120 |
| Facsimile: (561) 491-9459 | West Palm Beach, Florida 33401 |
| Email: greg@sconzolawoffice.com | Telephone (561) 383-9229 |
| Secondary Email: alexa@sconzolawoffice.com | Facsimile (561) 683-8977 |
| Attorney for Plaintiff | Primary e-mail: justin.sorel@csklegal.com |
| | Secondary e-mail: loren.ryan@csklegal.com |

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                **/s/ Gregory S. Sconzo**
                                                **Gregory S. Sconzo, Esq.**