UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-82264-CIV-CANNON/Brannon

**HOWARD COHAN,**

    Plaintiff,

v.

**"B"ING THE BEST, INC.**

    Defendant.

_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 11], filed on February 18, 2021. Pursuant to Rule 41(a)(1)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). Accordingly, this case is **CLOSED**, effective February 18, 2021, the date the parties filed their [11] Joint Stipulation of Dismissal with Prejudice.

The Clerk of Court shall **CLOSE** this case. This case is **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

**DONE AND ORDERED** in Fort Pierce, Florida, this 19th day of February 2021.

*[signature]*

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record